■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD BOWENS, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [823 NYS2d 750]—Appeal from a judgment (denominated order) of the Supreme Court, Livingston County (Ronald A. Cicoria, A.J.), entered

August 8, 2005. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.